IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SUMMER L. DUNCAN b/n/f Rhonda )
Duncan; and RHONDA DUNCAN ) No. 3-11-1104
)
v. )
)
WAL-MART STORES EAST, LP[1] )

O R D E R

The parties' joint motion to continue case management conference (Docket Entry No. 17) is GRANTED.

The case management conference, scheduled by order entered January 17, 2012 (Docket Entry No. 11), on September 7, 2012, is RESCHEDULED to **Wednesday, October 3, 2012, at 12:00 noon,** to be held telephonically and the call initiated by defendant's counsel, to address the status of the case, the potential for settlement, propriety of ADR, whether the plaintiff has had surgery and/or whether she has reached MMI, establishing a deadline for depositions of treating physicians and taking any IMEs, revisiting any scheduling deadlines in light of the plaintiff's medical circumstances as long as any revised deadlines do not affect the October 1, 2013, trial date or violate Local Rule 16.01(d)(2)(f).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation filed and order entered on November 22, 2011 (Docket Entry Nos. 6-7), Wal-Mart Real Estate Business Trust was dismissed as a defendant.